# EDWARD D. WILFORD

Attorney at Law
20 Vesey Street - Suite 400
New York, New York 10007
(212) 528-2741 Fax (212) 964-2926

March 25, 2008

Hon. Jed S. Rakoff
United States District Judge
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

    Re:   ***United States v. Pablo Quiles***
            **07 Cr. 852 (JSR)**

Dear Judge Rakoff:

    I am writing to the court to include additional materials related to the sentencing of Mr. Quiles. Attached please find a copy of the defendant's GED and a letter from the defendant's mother's physician, detailing her various medical ailments.

    Should the Court have any questions or require additional information please contact me.

                                          Respectfully submitted,
                                          *Edward D. Wilford*

                                          Edward D. Wilford

EDW/nes
cc: David Harbach, Esq. (Via Electronic Mail)
    U.S.P.O. Katrina Minus-Shepard (Via Facsimile)
    Mr. Pablo Quiles

MONTEFIORE MEDICAL CENTER
The University Hospital
for the Albert Einstein
College of Medicine
4/95

305 East 161st Street
Bronx, New York 10451
718-579-2500 Phone
718-579-2599 Fax

MONTEFIORE MEDICAL GROUP



DATE _____

MR# 01388071 ADE CHCC
MD: 15041 ASGARY, GHOLAMREZA
RIVERA, ROSALYDIA L.
F 08/01/1935
VIS: 12/20/2007 09:38
APPT: 10:15 MFOL
ACCT: 170440481  U21   FS:

To Whom It May Concern:

Rivera, Rosalydia

The patient named above is being treated by me for the following conditions:

1. Diabetes

2. Hypertension

3. high cholesterol

4. Obesity

5. _____

6. _____

If you require additional information, do not hesitate to contact me.

Sincerely, Patient is unable to travel long distances in car and advised to avoid traveling more than 4 hrs a day considering her medical condition

JC/jb
12/96 jcltr

MONTEFIORE MEDICAL GROUP
305 East 161st Street
Bronx, NY 10451
Tel. (718) 579-2500
Fax (718) 579-2599

Asgary MD
12/20/07

